THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH J.

CONNELL, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES OHLENSCHLAGER, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.